JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHN WATSON, ) | Case No.  1:18-CV-00865-JDP |
| ) | |
| Plaintiff ) | **STIPULATION AND PROPOSED** |
| ) | **ORDER FOR EXTENSION OF TIME** |
| v. ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Comm'r of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to April 10, 2019, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension. It is requested due to Plaintiff's counsel's heavy workload.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: March 8, 2019   JACQUELINE A. FORSLUND
Attorney at Law

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

Attorney for Plaintiff

Date:   March 8, 2019   MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

*/s/Tina Naicker*
TINA NAICKER
Special Assistant United States Attorney
*By email authorization

Attorney for Defendant

ORDER

IT IS SO ORDERED.

Dated:   March 12, 2019     _____
UNITED STATES MAGISTRATE JUDGE

**Watson v. Berryhill**          **Stipulation and Proposed Order**          **E.D. Cal. 1:18-cv-00865-JDP**