JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP JOHN WATSON, | ) | Case No.  1:18-CV-00865-JDP |
| | ) | |
| Plaintiff | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S OPENING BRIEF** |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to May 10, 2019, for Plaintiff to file his Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension. It is requested due to a recent illness which put Plaintiff's counsel behind in her briefing schedule.

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: April 8, 2019                JACQUELINE A. FORSLUND
                                   Attorney at Law


                                   */s/Jacqueline A. Forslund*
                                   JACQUELINE A. FORSLUND

                                   Attorney for Plaintiff


Date: April 8, 2019                MCGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   */s/Tina Naicker*
                                   TINA NAICKER
                                   Special Assistant United States Attorney
                                   *By email authorization

                                   Attorney for Defendant

**Watson v. Berryhill**        **Stipulation and Proposed Order**        **E.D. Cal. 1:18-cv-00865-JDP**

## ORDER

Approved. Plaintiff will not be granted another extension absent extraordinary circumstances.

IT IS SO ORDERED.

Dated: April 11, 2019

*Jeremy Peterson*
UNITED STATES MAGISTRATE JUDGE

**Watson v. Berryhill**  **Stipulation and Proposed Order**  **E.D. Cal. 1:18-cv-00865-JDP**