MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| PHILLIP JOHN WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:18-cv-00865-JDP<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF.** |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for Defendant to file her response to Plaintiff's Opening Brief be extended from July 29, 2019 to **July 31, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office last week following a medical emergency of her elderly mother, and Counsel is her primary caregiver. Counsel also has over 100+ active social security matters, which require two or more dispositive motions until mid-September. As such, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly. Defendant makes this

1

request in good faith with no intention to unduly delay the proceedings. Counsel apologizes for the belated request, but made her request as soon as reasonably practicable following her leave.

Respectfully submitted,

Respectfully submitted,

Dated: July 29, 2019         /s/ *Jacqueline Forslund*
                             (*as authorized by email on July 29, 2019
                             JACQUELINE FORSLUND
                             Attorney for Plaintiff

Dated: July 29, 2019         MCGREGOR W. SCOTT
                             United States Attorney
                             DEBORAH LEE STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                     By      /s/ *Tina L. Naicker*
                             TINA L. NAICKER
                             Special Assistant U.S. Attorney
                             Attorneys for Defendant

**ORDER**

Approved. No further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

Dated:   August 2, 2019                       /s/ Jeremy Peterson
                                         UNITED STATES MAGISTRATE JUDGE

2