UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP JOHN WATSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00865-JDP<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION FOR FEES SHOULD NOT BE DENIED AS UNTIMELY<br><br>ECF No. 32<br><br>THIRTY-DAY DEADLINE |

On December 23, 2019, plaintiff Phillip John Watson moved for attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and for costs under 28 U.S.C. § 1920. ECF No. 32. The Commissioner has not filed an opposition to the motion. However, plaintiff's motion appears untimely because it was filed more than thirty days after the entry of judgment on September 24, 2019. ECF No. 31; *see also* 28 U.S.C. § 2412(d)(1)(B). The deadline under § 2412(d)(1)(B) may be subject to tolling under appropriate circumstances. *See Scarborough v. Principi*, 541 U.S. 401, 420-21 (2004). Thus, the court orders plaintiff to show cause why his motion for fees should not be denied as untimely.

1

IT IS SO ORDERED.

Dated: April 1, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.