1
2
3
4
5
6
7

8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

PHILLIP JOHN WATSON,

Case No. 1:18-cv-00865-JDP

12

Plaintiff,

ORDER DISCHARGING ORDER TO SHOW

13

v.

CAUSE

14

COMMISSIONER OF SOCIAL
SECURITY,

ECF No. 33

15

ORDER GRANTING MOTION FOR
ATTORNEY FEES

Defendant.

16
17

ECF No. 32

18         For good cause shown, ECF No. 34, the court's order to show cause, ECF No. 33 is

19   hereby discharged.

20         Plaintiff moves for attorney fees, ECF No. 32. This motion is unopposed. Plaintiff is the

21   prevailing party, is eligible to receive attorney fees, and has made a reasonable fee request in the

22   amount of $9,505.60. *See* 28 U.S.C. § 2412(d)(1). Further, the government has made no

23   showing that its position was substantially justified or that special circumstances apply. *See id.*

24   Thus, plaintiff's motion, ECF No. 32, is granted.

25         Unless otherwise prohibited by law, the government shall cause the payment of fees and

26   other expenses to be made directly to counsel, under the assignment executed by plaintiff. Any

27   payments made shall be delivered to plaintiff's counsel, Jacqueline A. Forslund.

28

1

1

2    IT IS SO ORDERED.

3

4    Dated:    May 7, 2020
     _____
     UNITED STATES MAGISTRATE JUDGE

5

6    No. 204.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28